### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| **v.** | : | **DATE FILED:** _____ |
| **PETER ANTHONY GRANT,** | : | **VIOLATIONS:** |
| a/k/a "Noel Anthony Powell," | | **18 U.S.C. § 911** |
| "John Henry" | | **(false claim of U.S. citizenship - 1 count)** |

### I N D I C T M E N T

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

_____On or about April 9, 2001, in Philadelphia, in the Eastern District of

Pennsylvania, defendant

**PETER ANTHONY GRANT,**
**a/k/a "Noel Anthony Powell,"**
**a/k/a "John Henry,"**

an alien and a native and citizen of Jamaica, falsely and willfully represented himself to be a

citizen of the United States.

In violation of Title 18, United States Code, Section 911.

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**


_____
**PATRICK L. MEEHAN**
**United States Attorney**